John A. Stanton, Respondent, *v.* Erie Railroad Company, Appellant.

*Stanton* v. *Erie Railroad Co.*, 131 App. Div. 879, appeal dismissed.
(Argued June 9, 1910; decided June 14, 1910.)

Appeal from a judgment of the Appellate Division of the Supreme Court in the second judicial department, entered May 11, 1909, affirming a judgment in favor of plaintiff entered upon a verdict and an order denying a motion for a new trial in an action to recover for an alleged breach of contract.

*Henry Bacon* for appellant.

*Abram F. Servin* and *Rosslyn M. Cox* for respondent.

Appeal dismissed, with costs; no opinion.
Concur: Cullen, Ch. J., Gray, Haight, Werner, Willard Bartlett and Chase, JJ. Not sitting: Vann, J.

---

Rubber Trading Company, Respondent, *v.* Fisk Rubber Company, Appellant.

Reported below, 136 App. Div. 939.
(Submitted June 6, 1910; decided June 14, 1910.)

Motion to dismiss an appeal from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered February 8, 1910, affirming a judgment n favor of plaintiff entered upon a verdict and an order denying a motion for a new trial in an action on contract.

The motion was made upon the grounds that the Appellate Division had unanimously decided that there was evidence sustaining the verdict; that the exceptions were frivolous and that no questions of law were presented for review.

*Harry D. Nims* for motion.

*W. G. Phlippeau* opposed.

Motion denied, with ten dollars costs.
34